IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE ALLUMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:13-CV-158-WKW |
| KATHY HOLT, | ) ) ) |
| Defendant. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 8), and upon an independent review of the file in this case, it is ORDERED as follows:

(1)  the Recommendation is ADOPTED;

(2)  Plaintiff's 42 U.S.C. § 1983 claims are DENIED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

(3)  this action is DISMISSED.

A separate judgment shall issue.

DONE this 4th day of June, 2013.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE